1

2

**FITZGERALD JOSEPH LLP**
JACK FITZGERALD (SBN 257370)
*jack@fitzgeraldjoseph.com*

3
PAUL K. JOSEPH (SBN 287057)
*paul@fitzgeraldjoseph.com*

4
MELANIE PERSINGER (SBN 275423)
*melanie@fitzgeraldjoseph.com*

5
TREVOR M. FLYNN (SBN 253362)

6
*trevor@fitzgeraldjoseph.com*

7
2341 Jefferson Street, Suite 200
San Diego, California 92110

8
Phone: (619) 215-1741

9
*Counsel for Plaintiff*

10

11
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

12

13
EVLYN ANDRADE-HEYMSFIELD, on
behalf of herself, all others similarly

14
situated, and the general public,

15
                    Plaintiff,

16
            v.

17
NEXTFOODS, INC.,

18
                    Defendant.

**'21 CV 1446 BTM MSB**

**CONSUMERS LEGAL REMEDIES ACT VENUE AFFIDAVIT [Cal. Civ. Code § 1780(d)]**

19

20

21

22

23

24

25

26

27

28

1  I, Evlyn Andrade-Heymsfield, declare as follows:

2      1.      I am a plaintiff in this action. I make this affidavit as required by California Civil

3  Code § 1780(d).

4      2.      The Complaint in this action is filed in a proper place for the trial of this action

5  because defendant is doing business in this county and because the transactions that are the

6  subject of the action occurred in this county.

7

8      I declare under penalty of perjury under the laws of the United States that the foregoing

9  is true and correct to the best of my knowledge.

10

11      Executed this __13th__ day of August, 2021, in   _Lemon Grove_____, California
                                                            (city)
12

13

14

15      _____
        Evlyn Andrade-Heymsfield

16

17

18

19

20

21

22

23

24

25

26

27

28

1

*Andrade-Heymsfield v. NextFoods, Inc.*
CLRA VENUE AFFIDAVIT