Robert W. Brownlie (Bar No. 138793)
Ryan T. Hansen (Bar No. 234329)
Katherine J. Page (259556)
**BROWNLIE HANSEN LLP**
10920 Via Frontera, Suite 550
San Diego, California 92127
Tel:   858.357.8001
Robert.Brownlie@brownliehansen.com
Ryan.Hansen@brownliehansen.com
Katherine.Page@brownliehansen.com

Attorneys for Defendant
NEXTFOODS, INC.

# UNITED STATES DISTRICT COURT FOR

# THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVLYN ANDRADE-HEYMSFIELD, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>NEXTFOODS, INC.,<br><br>Defendants. | CASE NO. 3:21-cv-01446-BTM-MSB<br><br>**DECLARATION OF RYAN T. HANSEN IN SUPPORT OF DEFENDANT NEXTFOODS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>PER CHAMBERS, NO ORAL ARGUMENT UNLESS DIRECTED BY THE COURT<br><br>Date:  December 10, 2021<br>Time:  11:00 a.m.<br>Dept: 2C<br><br>Complaint Filed: August 13, 2021 |

I, Ryan T. Hansen, declare as follows:

    1.    I am an attorney licensed to practice law in the State of California.  I am a partner in the law firm Brownlie Hansen LLP, attorneys of record for Defendant Nextfoods, Inc. in this action.  I have personal knowledge of each fact stated in this declaration and, if called as a witness, could and would testify competently to each fact stated herein.

{00011731}    1

2.      Attached hereto as Exhibit 1 is a true and correct copy of Nancy Gagliardi, "Consumers Want Healthy Foods--And Will Pay More For Them," Forbes (Feb. 18, 2015); aka Neilson, Global Health & Wellness Survey at p. 11 (Jan. 2015), cited in the Complaint at ¶ 9 n. 6. This study relates to consumers' willingness to pay more for healthy foods. It has no application to Plaintiff's contention that consumption of the challenged products leads to adverse health outcomes.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Te Morenga, L., et al., "Dietary sugars and body weight: systematic review and meta-analyses of randomized controlled trials and cohort studies," BJM (January 2013), cited in the Complaint at ¶ 13 n. 8, ¶ 52 n. 47, ¶ 54 n. 49. This study states that excessive sugar consumption can lead to the development of metabolic syndrome. It has no application to Plaintiff's contention that consumption of the challenged products leads to adverse health outcomes.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Fried, S.K., "Sugars, hypertriglyceridemia, and cardiovascular disease," American Journal of Clinical Nutrition, Vol. 78 (suppl.), 873S-80S, at 873S (2003), cited in the Complaint at ¶ 15 n. 9. This study discusses metabolic abnormalities typical of metabolic syndrome. It has no application to Plaintiff's contention that consumption of the challenged products leads to adverse health outcomes.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Malik, Vasanti S., et al., "Sugar-Sweetened Beverages and Risk of Metabolic Syndrome and Type 2 Diabetes," Diabetes Care, Vol. 33, No. 11, 2477-83, at 2477, 2480-81 (November 2010), cited in the Complaint at ¶ 17 n. 11, ¶ 30 n. 25-27.  This study shows that GoodBelly Probiotic Drink consumers are at a reduced risk of metabolic syndrome.  The study states that participants who consumed 1-2 servings of a sugar-sweetened beverage ("SSB") consisting of 12 oz., 140-150 calories, and 35-37.5 g. sugar (sodas) and were, thus, in the highest quartile of SSB consumers, had a 20%

1  greater risk of metabolic syndrome than the same SSB consumers who consumed
2  less than 1 serving of SSB per day and were, thus, in the lowest quantile of SSB
3  consumers.

4  6. Attached hereto as Exhibit 5 is a true and correct copy of Dhingra, R.,
5  et al., "Soft Drink Consumption and Risk of Developing Cardiometabolic Risk
6  Factors and the Metabolic Syndrome in Middle-Aged Adults in the Community,"
7  Circulation, Vol. 116, 480-88 (2007), cited in the Complaint at ¶ 18 n. 12, ¶ 53 n.
8  48. This study states that individuals who consumed 1 or more soft drinks per day
9  had an increased risk of metabolic disease. GoodBelly Probiotic Drinks are not soft
10 drinks and do not have the same sugar and calorie content as the soft drinks that
11 were the subject of the study.

12 7. Attached hereto as Exhibit 6 is a true and correct copy of Eny, KM, et
13 al., "Sugar-containing beverage consumption and cardiometabolic risk in preschool
14 children." Prev. Med. Reports 17 (Jan. 14, 2020), cited in the Complaint at ¶ 20 n.
15 13. This study focused on consumption of 100% fruit juice. The GoodBelly
16 Probiotic Drinks are not 100% fruit juice.

17 8. Attached hereto as Exhibit 7 is a true and correct copy of Hansen, L., et
18 al., "Fruit and vegetable intake and risk of acute coronary syndrome." British J. of
19 Nutr., Vol. 104, p. 248-55 (2010), cited in the Complaint at ¶ 21 n. 14. This study
20 states a linear relationship between increased consumption of fruit juice and
21 increased risk of ACS in women. The study did not state that a single 8 ounce
22 serving of fruit juice is hazardous, let alone a serving of GoodBelly Probiotic
23 Drinks, which are 25-30% fruit juice.

24 9. Attached hereto as Exhibit 8 is a true and correct copy of Pase, M.P., et
25 al., "Habitual intake of fruit juice predicts central blood pressure." Appetite, Vol. 84,
26 p. 658-72 (2015), cited in the Complaint at ¶ 22 n. 15. This study did not ask
27 participants who admitted to consuming juice daily how much juice they drank.
28 The study did not conclude that a single 8 ounce serving of juice consumed on a

{00011731}                                        3
HANSEN DECLARATION IN SUPPORT OF MOTION TO DISMISS COMPLAINT
                                  CASE NO. 3:21-CV-01446-BTM-MSB

1  daily basis increases risk of CHD, let alone a serving of GoodBelly Probiotic
2  Drinks, which are 25-30% fruit juice.
3        10.    Attached hereto as Exhibit 9 is a true and correct copy of Yang,
4  Quanhe, et al., "Added Sugar Intake and Cardiovascular Diseases Mortality Among
5  US Adults," JAMA, at E4-5 (pub. online, Feb. 3, 2014), cited in the Complaint at ¶
6  24 n. 16, ¶ 25 n. 17-18.  This study suggests that those who consume 10% or more
7  of their calories from added sugar are at greater risk of CVD.  Some GoodBelly
8  Probiotic Drinks contain no added sugar; no GoodBelly Probiotic Drink serving
9  accounts for 10% of recommended daily calories from added sugar.
10        11.    Attached hereto as Exhibit 10 is a true and correct copy of Fung, T.T.,
11  et al., "Sweetened beverage consumption and risk of coronary heart disease in
12  women." Am. J. of Clin. Nutr., Vol. 89, pp. 1037-42 (Feb. 2009), cited in the
13  Complaint at ¶ 26 n. 19.  This study states that individuals who consumed two or
14  more sugar sweetened beverages per day containing 280 calories or 70 grams of
15  sugar or more had a 35% greater risk of coronary heart disease.  The GoodBelly
16  Probiotic Drinks contain 50-110 calories and 9-21 grams of sugar.
17        12.    Attached hereto as Exhibit 11 is a true and correct copy of Koning,
18  L.D., et al., "Sweetened Beverage Consumption, Incident Coronary Heart Disease,
19  and Biomarkers of Risk in Men." Circulation, Vol. 125, pp. 1735-41 (2012), cited in
20  the Complaint at ¶ 27 n. 20.  This study states that individuals ingesting an average
21  of 78 ounces of sugar sweetened beverages or more were at elevated risk of CHD.
22  GoodBelly Probiotic Drinks instruct consumers to consume only 8 ounces per day.
23        13.    Attached hereto as Exhibit 12 is a true and correct copy of Elliott S.S.,
24  et al., "Fructose, weight gain, and the insulin resistance syndrome." Am. J. Clin.
25  Nutr., Vol. 76, No. 5, pp. 911-22 (2002), cited in the Complaint at ¶ 28 n. 21.  This
26  study does not state that using the products at issue would increase the risk of
27  dyslipedemia or Cardiovascular Heart Disease ("CHD").  Any negative effects
28  Plaintiff cites were primarily observed in animals; authors of the study state that

1   "the results in humans are less clear. [ . . . ] much more research is needed to fully
2   understand the metabolic effect of dietary fructose in humans.

3         14.    Attached hereto as Exhibit 13 is a true and correct copy of Faith, M.S.,
4   et al., "Fruit Juice Intake Predicts Increased Adiposity Gain in Children From Low-
5   Income Families: Weight Status-by-Environment Interaction." Pediatrics, Vol. 118
6   (2006), cited in the Complaint at ¶ 28 n. 22. This study's conclusion was that "the
7   relationship between juice intake and adiposity gain depended on children's initial
8   overweight status" and "[a]mong children who were initially either at risk for
9   overweight or overweight, increased fruit juice intake was associated with excess
10  adiposity gain. The study does not relate to adults or GoodBelly Probiotic Drinks,
11  which are 25-30% fruit juice.

12        15.    Attached hereto as Exhibit 14 is a true and correct copy of Ludwig,
13  D.S., et al., "Relation between consumption of sugar-sweetened drinks and
14  childhood obesity: a prospective, observational analysis." Lancet, Vol. 257, pp. 505-
15  508 (2001), cited in the Complaint at ¶ 28 n. 22. This study relates to excessive
16  consumption of sugary beverages. GoodBelly Probiotic Drinks instruct consumers
17  to consume only 8 ounces per day.

18        16.    Attached hereto as Exhibit 15 is a true and correct copy of Dennison,
19  B.A., et al., "Excess fruit juice consumption by preschool-aged children is
20  associated with short stature and obesity." Pediatrics, Vol. 99, pp. 15-22 (1997),
21  cited in the Complaint at ¶ 28 n. 22. This study looked at "excessive" fruit juice
22  consumption, focusing on children who consumed 12 oz or more of juice each day.
23  GoodBelly Probiotic Drinks instruct consumers to consume only 8 ounces per day,
24  and are 25-30% fruit juice.

25        17.    Attached hereto as Exhibit 16 is a true and correct copy of Hoare, E., et
26  al., "Sugar- and Intense-Sweetened Drinks in Australia: A Systematic Review on
27  Cardiometabolic Risk." Nutrients, Vol. 9, No. 10 (2017), cited in the Complaint at ¶
28  28 n. 23. This study states, "The findings of this review indicate that the

relationships of cardiovascular and metabolic risk with consumption are complex, and need to be examined in the context of broader health behaviours." The study did not reach any conclusions that relate to the GoodBelly Probiotic Drinks.

18. Attached hereto as Exhibit 17 is a true and correct copy of Aranceta Bartrina, J. et al., "Association between sucrose intake and cancer: a review of the evidence," Nutrición Hospitalaria, Vol. 28 (Suppl. 4), 95-105 (2013), cited in the Complaint at ¶ 29 n. 24. Plaintiff cites this study as evidence that diabetes can lead to increased risk of cancer.

19. Attached hereto as Exhibit 18 is a true and correct copy of Garcia-Jimenez, C., "A new link between diabetes and cancer: enhanced WNT/beta-catenin signaling by high glucose," Journal of Molecular Endrocrinology, Vol. 52, No. 1 (2014), cited in the Complaint at ¶ 29 n. 24. Plaintiff cites this study as evidence that diabetes can lead to increased risk of cancer.

20. Attached hereto as Exhibit 19 is a true and correct copy of Linden, G.J., "All-cause mortality and periodontitis in 60-70-year-old men: a prospective cohort study," Journal of Clinical Periodontal, Vol. 39, No. 1, 940-46 (October 2012), cited in the Complaint at ¶ 29 n. 24. Plaintiff cites this study as evidence that diabetes can lead to increased risk of cancer and other adverse health outcomes, however the study actually deals with periodontitis.

21. Attached hereto as Exhibit 20 is a true and correct copy of Schulze, M.B., et al., "Sugar-Sweetened Beverages, Weight Gain, and Incidence of Type 2 Diabetes in Young and Middle-Aged Women," Journal of the American Medical Association, Vol. 292, No. 8, 927-34 (Aug. 25, 2004), cited in the Complaint at ¶ 31 n. 29, ¶ 28 n 22, ¶ 46 n. 44. Authors of this study clearly state that "Fruit juice consumption was not associated with diabetes risk."

22. Attached hereto as Exhibit 21 is a true and correct copy of Hu, F.B., et al., "Sugar-sweetened beverages and risk of obesity and type 2 diabetes: Epidemioligic evidence," Physiology & Behavior, Vol. 100, 47-54 (2010), cited in

1  the Complaint at ¶ 32 n. 30.  This figure is based on data collected as part of the
2  Nurses' Health Study; however, the authors of that study clearly stated that "Fruit
3  juice consumption was not associated with diabetes risk."

4      23.    Attached hereto as Exhibit 22 is a true and correct copy of Palmer, J.R.,
5  et al., "Sugar-Sweetened Beverages and Incidence of Type 2 Diabetes Mellitus in
6  African American Women," Archive of internal Medicine, Vol. 168, No. 14, 1487-
7  82 (July 28, 2008), cited in the Complaint at ¶ 33 n. 31, ¶ 47 n. 45.  This study
8  suggests some increased incidence of Type II Diabetes among women who
9  consumed 2 or more sweetened fruit drinks per day.  GoodBelly Probiotic Drinks
10 instruct consumers to consume only one 8-ounce serving per day and are 25-30%
11 fruit juice.

12     24.    Attached hereto as Exhibit 23 is a true and correct copy of Bazzano,
13 L.A., et al., "Intake of fruit, vegetables, and fruit juices and risk of diabetes in
14 women," Diabetes Care, Vol. 31, 1311-17 (2008), cited in the Complaint at ¶ 34 n.
15 32.  This study found that women who consumed 2 to 3 servings of fruit juice per
16 day (280-450 calories and 75-112.5 grams of sugar) had an 18% greater risk of type
17 2 diabetes than women who consumed less than 1 sugar-sweetened beverage per
18 month.  The GoodBelly Probiotic Drinks contain 50-110 calories and 9-21 grams of
19 sugar, instruct consumers to consume only one 8-ounce serving per day, and are 25-
20 30% fruit juice.

21     25.    Attached hereto as Exhibit 24 is a true and correct copy of de Konig,
22 L., et al., "Sugar-sweetened and artificially sweetened beverage consumption and
23 risk of type 2 diabetes in men," American Journal of Clinical Nutrition, Vol. 93,
24 1321-27 (2011), cited in the Complaint at ¶ 35 n. 33.  This study found some
25 increased incidence of Type II Diabetes among men who consumed an average of
26 78 oz. of a sugar sweetened beverage each week, and some of whom were
27 consuming as much as 630 oz. or more each week.  The GoodBelly Probiotic Drinks
28 contain 50-110 calories and 9-21 grams of sugar and instruct consumers to consume

only one 8-ounce serving per day (56 oz/week).

26. Attached hereto as Exhibit 25 is a true and correct copy of Drouin-Chatier, J., et al., "Changes in Consumption of Sugary Beverages and Artificially Sweetened Beverages and Subsequent Risk of Type 2 Diabetes: Results From Three Large Prospective U.S. Cohorts of Women and Men." Diabetes Care, Vol. 42, pp. 2181-89 (Dec. 2019), cited in the Complaint at ¶ 36 n. 34.  This study states that increasing daily consumption of sugary beverages and ASBs over a four-year period was associated with a moderately higher risk of type 2 diabetes.  The GoodBelly Probiotic Drinks contain 50-110 calories and 9-21 grams of sugar and instruct consumers to consume only one 8-ounce serving per day.

27. Attached hereto as Exhibit 26 is a true and correct copy of Muraki, I., et al., "Fruit consumption and risk of type 2 diabetes: results from three prospective longitudinal cohort studies." BMJ (Aug. 28, 2013), cited in the Complaint at ¶ 37 n. 35.  This study stated objective was to determine whether individual fruits are differentially associated with risk of type 2 diabetes.

28. Attached hereto as Exhibit 27 is a true and correct copy of Imamura, F., et al., "Consumption of sugar sweetened beverages, artificially sweetened beverages, and fruit juice and incidence of type 2 diabetes: systematic review, meta-analysis, and estimation of population attributable fraction." BMJ, Vol. 351 (2015), cited in the Complaint at ¶ 37 n. 36.  The authors state that "For fruit juice the finding was non-significant in studies ascertaining type 2 diabetes objectively," and noted that "the association between [ . . . ] fruit juice and incident type 2 diabetes was less evident."  GoodBelly Probiotic Drinks instruct consumers to consume only 8 ounces per day, and are 25-30% fruit juice.

29. Attached hereto as Exhibit 28 is a true and correct copy of Basu, S., et al., "The Relationship of Sugar to Population-Level Diabetes Prevelance: An Econometric Analysis of Repeated Cross-Sectional Data," PLOS Online, Vol. 8, Issue 2 (February 27, 2013), cited in the Complaint at ¶ 38 n. 37.  Plaintiff cites this

case for the proposition that an increase of 150 calories per day from sugar intake related to a 1.1% rise in diabetes prevalence by country. The GoodBelly Probiotic Drinks contain 50-110 calories total and 9-21 grams of sugar and instruct consumers to consume only one 8-ounce serving per day.

30. Attached hereto as Exhibit 29 is a true and correct copy of Farrell, G.C., et al., "Nonalcoholic fatty liver disease: from steatosis to cirrhosis," Hepatology, Vol. 433, No. 2 (Suppl. 1), S99-S112 (February 2006), cited in the Complaint at ¶ 39 n. 38. Plaintiff evidently cites this case, at least in part, for the proposition that "sugar consumption causes serious liver disease [.]" However, the study does not appear to discuss sugar and appears focused on obesity.

31. Attached hereto as Exhibit 30 is a true and correct copy of Powell, E.E., et al., "The Natural History of Nonalcoholic Steatohepatitis: A Follow-up Study of Forty-two Patients for Up to 21 Years," Hepatology, Vol. 11, No. 1 (1990), cited in the Complaint at ¶ 39 n. 38. Plaintiff evidently cites this case, at least in part, for the proposition that "sugar consumption causes serious liver disease [.]" However, the study does not appear to discuss sugar and appears focused on obesity.

32. Attached hereto as Exhibit 31 is a true and correct copy of Charlton, M.R., et al., "Frequency and outcomes of liver transplantation for nonalcoholic steatohepatitis in the United States," Gastroenterology, Vol. 141, No. 4, 1249-53 (October 2011), cited in the Complaint at ¶ 40 n. 39. Plaintiff cites this case for the proposition that non-alcoholic fatty liver disease (NAFLD) and non-alcoholic steatohepatitis are growing problems in the United States.

33. Attached hereto as Exhibit 32 is a true and correct copy of Lindback, S.M., et al., "Pediatric Nonalcoholic Fatty Liver Disease: A Comprehensive Review," Advances in Pediatrics, Vol. 57, No. 1, 85-140 (2010), cited in the Complaint at ¶ 41 n. 40. Plaintiff cites this study for the proposition that non-alcoholic fatty liver disease (NAFLD) is a growing problem among children in the United States.

34. Attached hereto as Exhibit 33 is a true and correct copy of Lazo, M. et al., "The Epidemiology of Nonalcoholic Fatty Liver Disease: A Global Perspective," Seminars in Liver Disease, Vol. 28, No. 4, 339-50 (2008), cited in the Complaint at ¶ 41 n. 40.  Plaintiff cites this study for the proposition that non-alcoholic fatty liver disease (NAFLD) is a growing problem among children in the United States.

35. Attached hereto as Exhibit 34 is a true and correct copy of Schwimmer, J.B., et al., "Prevalence of Fatty Liver in Children and Adolescents," Pediatrics, Vol. 118, No. 4, 1388-93 (2006), cited in the Complaint at ¶ 41 n. 40.  Plaintiff cites this study for the proposition that non-alcoholic fatty liver disease (NAFLD) is a growing problem among children in the United States.

36. Attached hereto as Exhibit 35 is a true and correct copy of Browning, J.D., et al., "Prevalence of hepatic steatosis in an urban population in the United States: Impact of ethnicity," Hepatology, Vol. 40, No. 6, 1387-95 (2004), cited in the Complaint at ¶ 41 n. 40.  Plaintiff cites this study for the proposition that non-alcoholic fatty liver disease (NAFLD) is a growing problem among children in the United States.

37. Attached hereto as Exhibit 36 is a true and correct copy of Malik, V.S., et al., "Intake of sugar-sweetened beverages and weight gain: a systematic review," American Journal of Clinical Nutrition, Vol. 84, 274-88 (2006), cited in the Complaint at ¶ 43 n. 41.  The authors state, "Whether an association exists between SSB intake and weight gain is unclear."

38. Attached hereto as Exhibit 37 is a true and correct copy of Malik, V.S., et al., "Sugar-sweetened beverages and BMI in children and adolescents: reanalyses of a meta-analysis," American Journal of Clinical Nutrition, Vol. 29, 438-39 (2009), cited in the Complaint at ¶ 44 n. 42.  The authors note that they cannot reach any firm conclusions and that, "to fully understand the relation between SSB intake and BMI, particularly among children and adolescents who are still growing, studies

need to be examined individually with greater emphasis placed on higher quality studies[.]"

39. Attached hereto as Exhibit 38 is a true and correct copy of Dubois, L., et al., "Regular sugar-sweetened beverage consumption between meals increases risk of overweight among preschool-aged children," Journal of the American Dietetic Association, Vol. 107, Issue 6, 924-34 (2007), cited in the Complaint at ¶ 45 n. 43. This study states that children who regularly consumed non-diet carbonated sugar sweetened drinks and 100% fruit drinks between meals four to six times or more throughout the week were approximately 8% more likely to be obese. GoodBelly Probiotic Drinks are 25-30% fruit juice.

40. Attached hereto as Exhibit 39 is a true and correct copy of Raben, A., et al., "Sucrose compared with artificial sweeteners: different effects on ad libitum food intake and body weight after 10 wk of supplementation in overweight subjects," American Journal of Clinical Nutrition, Vol. 76, 721-29 (2002), cited in the Complaint at ¶ 48 n. 46, ¶ 61 n. 56. This study states that overweight individuals who were provided with 152 g of daily sucrose supplements over a 10-week period experienced increased body weight and fat mass. The GoodBelly Probiotic Drinks contain 9-21 grams of sugar and instruct consumers to consume only one 8-ounce serving per day.

41. Attached hereto as Exhibit 40 is a true and correct copy of Welsh, J.A., et al., "Caloric Sweetener Consumption and Dyslipidemia Among US Adults," Journal of the American Medical Association, Vol. 303, No. 15, 1490-97 (April 21, 2010), cited in the Complaint at ¶ 55 n. 50. This study actually shows that GoodBelly consumers are at reduced risk for the negative effects highlighted in the Complaint. The study found that "[c]onsumers whose sugar intake accounted for more than 10% of calories had a 50% - 300% higher risk of low HDL levels compared to those who consumed less than 5% of calories from sugar." The GoodBelly Probiotic Drinks contain 50-110 calories total and 9-21 grams of sugar

1  and instruct consumers to consume only one 8-ounce serving per day.

2        42.    Attached hereto as Exhibit 41 is a true and correct copy of Bantle, J.P., et al., "Effects of dietary fructose on plasma lipids in healthy subjects," American Journal of Clinical Nutrition, Vol. 72, 1128-34 (2000), cited in the Complaint at ¶ 56 n. 51. This study states that healthy men who consumed 17% of their daily calories from fructose showed an increase in plasma triacyglycerol concentrations. The GoodBelly Probiotic Drinks contain 9-21 grams of sugar and instruct consumers to consume only one 8-ounce serving per day.

      43.    Attached hereto as Exhibit 42 is a true and correct copy of Stanhope, K.L., et al., "Consuming fructose-sweetened, not glucose-sweetened, beverages increases visceral adiposity and lipids and decreases insulin sensitivity in overweight/obese humans," The Journal of Clinical Investigation, Vol. 119, No. 5, 1322-34 (May 2009), cited in the Complaint at ¶ 57 n. 52. This study states that individuals who consumed 25% of their "energy requirements" from fructose suffered negative effects. The GoodBelly Probiotic Drinks contain 9-21 grams of sugar and instruct consumers to consume only one 8-ounce serving per day.

      44.    Attached hereto as Exhibit 43 is a true and correct copy of Aeberli, I., et al., "Fructose intake is a predictor of LDL particle size in overweight schoolchildren," American Journal of Clinical Nutrition, Vol. 86, 1174-78 (2007), cited in the Complaint at ¶ 58 n. 53. This study compared dietary intakes of "normal-weight" and "overweight" Swiss children, ages 6-14. The study found that "there were no significant differences in total fructose intake" between the overweight and normal-weight children who participated in the study.

      45.    Attached hereto as Exhibit 44 is a true and correct copy of Nguyen, S., et al., "Sugar Sweetened Beverages, Serum Uric Acid, and Blood Pressure in Adolescents," Journal of Pediatrics, Vol. 154, No. 6, 807-13 (June 2009), cited in the Complaint at ¶ 59 n. 54. This study states that individuals who consumed greater than 36 ounces of sugar sweetened beverages ("SSBs") daily had higher

serum uric acid and systolic pressure z-scores compared to those who did not drink any SSBs at all. The GoodBelly Probiotic Drinks contain 9-21 grams of sugar and instruct consumers to consume only one 8-ounce serving per day.

46. Attached hereto as Exhibit 45 is a true and correct copy of Brown, C.M., et al., "Fructose ingestion acutely elevates blood pressure in healthy young humans," Am. J. Physiol. Regul. Integr. Compl. Physiol., Vol. 294, R730-37 (2008), cited in the Complaint at ¶ 60 n. 55. This study showed that healthy men who drank 60 grams of fructose had significant increases in blood pressure, heart rate, and cardiac output but not total peripheral resistance in the 2 hours after ingestion. The GoodBelly Probiotic Drinks contain 9-21 grams of sugar and instruct consumers to consume only one 8-ounce serving per day.

47. Attached hereto as Exhibit 46 is a true and correct copy of Brown, I.J., et al., "Sugar-Sweetened Beverage, Sugar Intake of Individuals, and Their Blood Pressure: International Study of Macro/Micronutrients and Blood Pressure," Hypertension, Vol. 57, 695-701 (2011), cited in the Complaint at ¶ 62 n. 57. This study states that consumption of a sugar sweetened beverage ("SSB") containing 140-150 calories and 35-37.5 g of sugar was associated with higher systolic/diastolic blood pressure and that two servings further exacerbated the issue. The GoodBelly Probiotic Drinks contain 50-110 calories, 9-21 grams of sugar, and instruct consumers to consume only one 8-ounce serving per day.

48. Attached hereto as Exhibit 47 is a true and correct copy of Collin, L.J., et al., "Association of Sugary Beverage Consumption With Mortality Risk in US Adults: A Secondary Analysis of Data From the REGARDS Study," JAMA Network Open Vol. 2, No. 5 (May 2019), cited in the Complaint at ¶ 63 n. 58. This study actually establishes that GoodBelly consumers may be at reduced risk for all-cause mortality. The study found that individuals who consumed 10% or more of their total energy from sugary beverages were at greater risk of all-cause mortality compared to individuals who consumed less than 5% of their total energy from

sugary beverages. The GoodBelly Probiotic Drinks contain 50-110 calories, 9-21 grams of sugar, and instruct consumers to consume only one 8-ounce serving per day.

49.  Attached hereto as Exhibit 48 is a true and correct copy of the article "Fruit Juice and Your Child's Diet," cited by Plaintiff as "Healthy Children, Fit Children: Answers to Common Questions From Parents About Nutrition and Fitness." (2011), in the Complaint at ¶ 64 n. 59. This FAQ posting actually establishes that using the products at issue would not violate recommendations from the American Academy of Pediatrics. Plaintiff cites the FAQ section of this website for the proposition that the American Academy of Pediatrics suggests limiting fruit juice consumption to no more than 4 to 6 ounces for young children aged 1 to 6. GoodBelly Probiotic Drinks are just 8 oz and contains between 25-32% fruit juice or approximately 2.56 ounces of fruit juice.

50.  Attached hereto as Exhibit 49 is a true and correct copy of Heyman, M.B., et al., "Fruit Juice in Infants, Children, and Adolescents: Current Recommendations." Pediatrics Vol. 139, No. 6 (June 2017), cited in the Complaint at ¶ 64 n. 60. This article actually establishes that using the products at issue as intended would not violate recommendations from the American Academy of Pediatrics. Plaintiff cites this article for the proposition that the American Academy of Pediatrics suggests limiting fruit juice consumption to no more than 8 ounces for adults and children ages 7 to 18. GoodBelly Probiotic Drinks are just 8 oz and contains between 25-32% fruit juice or approximately 2.56 ounces of fruit juice.

51.  Attached hereto as Exhibit 50 is a true and correct copy of Auerbach, B.J., et al., "Review of 100% Fruit Juice and Chronic Health Conditions: Implications for Sugar-Sweetened Beverage Policy." Adv. Nutr., Vol. 9, pp. 78-85 (2018), cited in the Complaint at ¶ 64 n. 61. This study states that "Aside from increased risk of tooth decay in children and small amounts of weight gain in young children and adults, there is no conclusive evidence that consumption of 100% fruit

1 juice has adverse health effects." GoodBelly Probiotic Drinks are 25-32% fruit
2 juice.
3     52.    Attached hereto as Exhibit 51 is a true and correct copy of U.S. Dep't of
4 Health & Human Servs. and U.S. Dept. of Agric., "Dietary Guidelines for
5 Americans 2015 – 2020," at 22 (8th ed.), cited in the Complaint at ¶ 65 n. 62.
6 Plaintiffs cite these guidelines for the proposition that the American Academy of
7 Pediatrics (AAP) recommends that young children consume no more than 4 to 6
8 fluid ounces of 100% fruit juice per day. GoodBelly Probiotic Drinks are just 8 oz
9 and contains between 25-32% fruit juice or approximately 2.56 ounces of fruit juice.
10     I declare under the penalty of perjury under the laws of the State of California
11 that the foregoing is true and correct and that I executed this declaration in Los
12 Angeles, California on October 15, 2021.

*[signature]*

RYAN T. HANSEN